**James B. SKIPWITH, Plaintiff–Appellant,**

v.

**SOUTHSIDE COMMUNITY SERVICES BOARD; Mecklenburg Behavioral Health Center, Mental Health Service, Defendants–Appellees.**

**No. 01–6179.**

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

James B. Skipwith, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

James B. Skipwith appeals from the district court's order dismissing, without prejudice, his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for failure to exhaust ad-

ministrative remedies. Based on the information before the district court, the court properly dismissed the action for failure to exhaust. Accordingly, we affirm on the reasoning of the district court. *Skipwith v. Southside Community Servs. Bd.,* No. CA–01–27–2 (E.D.Va. Jan. 17, 2001). We decline to consider in the first instance Skipwith's allegations of exhaustion submitted after the district court's order .* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We note that Skipwith may be able to file a motion in the district court pursuant to Fed-

eral Rule of Civil Procedure 60(b).